UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DUBCLUB, INC.,

          Plaintiff,

    v.

WHOP INC., et al.,

          Defendants.

Case No. 25-cv-08600-RS

**ORDER SETTING BRIEFING SCHEDULE AND HEARING**

    Any opposition to plaintiff's motion for a temporary restraining order shall be filed no later than Noon, on Tuesday, October 14, 2025. The matter will be heard on Thursday, October 16, 2025, on the 1:30 p.m. law and motion calendar. Crediting plaintiff's allegations as to the communications that have already occurred between the parties, the legal duty to preserve evidence is in effect. Plaintiff shall make reasonable efforts to provide a copy of this order to defendants and their counsel forthwith.

    The parties are encouraged to stipulate to such status-quo preserving relief as may be appropriate, so that the matter can proceed directly to a hearing on preliminary injunction, with a stipulated briefing schedule providing sufficient time for a more fulsome presentation and consideration of the issues. Such a stipulation would replace the opposition deadline and hearing date set above with a briefing schedule and a preliminary injunction hearing to be completed within the next two or three weeks, as the parties may agree. Any such schedule should set a hearing date no sooner than three days after the reply deadline. The parties may contact the

courtroom deputy for available hearing dates and times in the event they wish to set a hearing on at a time other than on the court's regular Thursday 1:30 p.m. civil law and motion calendar.

**IT IS SO ORDERED**.

Dated: October 9, 2025

_____
RICHARD SEEBORG
Chief United States District Judge